# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALMA ALLEN

VERSUS

EAST BATON ROUGE PARISH
SCHOOL BOARD

NO.  2024 CW 0939

**FEBRUARY 13, 2025**

---

In Re:    The East Baton Rouge Parish School Board, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 717892.

---

BEFORE:   PENZATO,  STROMBERG, AND CALLOWAY,[1] JJ.

**WRIT GRANTED.** The district court's July 22, 2024 judgment denying the motion for summary judgment filed by defendant, East Baton Rouge Parish School Board, is reversed. A motion for summary judgment shall be granted where the evidence demonstrates that there is no genuine issue of material fact, and the mover is entitled to judgment as a matter of law. La. Code Civ. P. art. 966(A)(3). In order to prove a public entity is liable for damages caused by a defective thing, the plaintiff must prove: (1) the public entity had custody or ownership of the defective thing; (2) the defect created an unreasonable risk of harm; (3) the public entity had actual or constructive notice of the defect; (4) the public entity failed to take corrective action within a reasonable time; and (5) causation. See La. R.S. 9:2800; **Robinson v. Pointe Coupee Par. Sch. Bd.**, 2023-0215 (La. App. 1st Cir. 2/21/24), 2024 WL 702600 (unpublished). Failure to meet any one of these statutory requirements will defeat a claim against the public entity. **Id.** Plaintiff failed to produce factual support sufficient to establish a genuine issue of material fact as to whether the School Board had actual or constructive notice of the alleged defect. Accordingly, defendant's motion for summary judgment is granted and the claims asserted by plaintiff, Alma Allen, against defendant, East Baton Rouge Parish School Board, are dismissed.

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.